| AO 10 Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Aycock, Sharion | U. S. District Court, Northern Mississippi | 05/14/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT COURT JUDGE | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 301 W. Commerce Street, Rm 321 P O Box 847 Aberdeen, MS 39730-0847 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-TRUSTEE | TRUST # 3 |
| 2. PRESIDENT | RICHARDSON DEVELOPMENT CO INC |
| 3. DIRECTOR | RICHARDSON DEVELOPMENT CO INC |
| 4. DIRECTOR | DARRELL HARP ENTERPRISES INC |
| 5. DIRECTOR | TREMONT DEVELOPMENT CO INC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1984 | MS PERS RETIREMENT ACCOUNT |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 14 P 12: 52 FINANCIAL DISCLOSURE OFFICE

Aycock, Sharion

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 05 14 2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | United States Judges - Wages | $161.102.00 |
| 2. 2009 | Darrell Harp Enterprises, Inc. - Wages | $5,147.00 |
| 3. 2009 | Darrell Harp Enterprises, Inc. - Director's fee | $3,600.00 |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Travelers Indemnity Company - Salary (Retired 8/1/09) |
| 2. 2009 | Travelers 401k Savings Plan - Retirement |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 05 14 2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. FEDERAL LAND BANK | NOTE ON PROPERTY 1 | L |
| 2. BANCORPSOUTH BANK | NOTE ON PROPERTY 4 | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 05 14 2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BANCORPSOUTH COMMON STOCK | A | Dividend | J | T | | | | | |
| 2. DARRELL HARP ENT INC | B | Dividend | N | U | | | | | |
| 3. 4A INVESTMENT CO | C | Interest | L | T | | | | | |
| 4. PROPERTY 1, Grenada Co, MS | A | Interest | L | W | | | | | |
| 5. MS DEFERRED COMP COMPENSATION CO | B | Interest | L | T | | | | | |
| 6. MS PERS RETIREMENT FUND (Y) | | | | | | | | | |
| 7. DRUG STORE RENTAL-A/C, Red Bay. ITAWAMBA Franklin, AL | D | Interest | K | W | | | | | |
| 8. Large Cap Equity-Class A and Mid Cap Equity-Class A | A | Dividend | J | T | | | | | |
| 9. MET-LIFE Policyholder Trust | A | Dividend | K | T | | | | | |
| 10. IRA #1 | | | | | | | | | |
| 11. -G PUTMAN FUND OF BOSTON-SA | C | Dividend | | | Sold | 12/10/09 | J | A | |
| 12. -PUTMAN GROWTH AND INCOME-SA | A | Dividend | | | Sold | 12/10/09 | J | A | |
| 13. -PUTMAN HEALTH SCIENCES-SA | B | Dividend | | | Sold | 12/10/09 | J | A | |
| 14. -Capital World G & I Fund, American Funds-SA | B | Dividend | K | T | Buy | 12/10/09 | J | | |
| 15. -American Balanced Fund, American Funds-SA | A | Dividend | K | T | Buy | 12/10/09 | K | | |
| 16. -Growth Fund of America, Americanfunds | A | Dividend | K | T | Buy (add'l) | 12/10/09 | J | | |
| 17. -Investment Company of America, American Funds - SA | A | Dividend | K | T | | | K | | |

1. Income Gain Codes:   A = $1,000 or less   B = $1,001 - $2,500   C = $2,501 - $5,000   D = $5,001 - $15,000   L = $15,001 - $50,000
(See Columns B1 and D4)   F = $50,001 - $100,000   G = $100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000
2. Value Codes   J - $15,000 or less   K - $15,001 - $50,000   L - $50,001 - $100,000   M - $100,001 - $250,000
(See Columns C1 and D3)   N = $250,001 - $500,000   O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
  P3 = $25,000,001 - $50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q - Appraisal   R = Cost (Real Estate Only)   S - Assessment   T - Cash Market
(See Column C2)   U - Book Value   V - Other   W - Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 05-14-2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm dd yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -New World Fund, American Funds | | Dividend | J | T | Buy | 12/10/09 | J | | |
| 19. Brokerage account #1 (spouse) | | | | | | | | | |
| 20. -CAPITAL INC BUILDER FUND-RA | A | Dividend | J | T | | | J | | |
| 21. -CAPITAL WORLD GROWTH AND INC FURARA | A | Dividend | J | T | | | J | | |
| 22. -FUNDAMENTAL INVESTORS FUND-RA | A | Dividend | J | T | | | J | | |
| 23. -GROWTH FUND OF AMERICA-RA | A | Dividend | J | T | | | J | | |
| 24. -BancorpSouth Preferred SH | A | Dividend | K | T | Buy (add'l) | 01/11/09 | J | | |
| 25. -BancorpSouth Cap TR 8.15% | B | Interest | K | T | Buy | 1/12/09 | K | | |
| 26. TRUSTMARK MONEY MARKET-SA | A | Interest | J | T | | | | | |
| 27. BANCORPSOUTH CHECKING AC | | None | J | T | | | | | |
| 28. SOUTHERN FARM BUREAU | A | Interest | J | T | | | | | |
| 29. ST PAUL COMMON STOCK FUND | A | Dividend | J | T | | | | | |
| 30. COMMUNITY SPIRIT-DRUG STORE RENTALS-CD | C | Interest | L | T | | | | | |
| 31. RICHARDSON DEV CO ACCOUNT RECEIVABLE | A | Interest | K | T | | | | | |
| 32. FEDERAL LAND BANK | A | Interest | J | T | | | | | |
| 33. COMMUNITY SPIRIT MONEY MARKET | A | Interest | J | T | | | | | |
| 34. TREMONT DEV CO | A | Distribution | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 05-14-2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. ▨▨▨▨▨▨ FULTON, MS-RDC | D | Rent | L | W | | | | | |
| 36. PROPERTY 3, Itawamba Co, MS | B | Rent | M | W | | | | | |
| 37. PROPERTY 4, Itawamba Co. MS | C | Rent | K | W | | | | | |
| 38. ST PAUL TRAVELERS PENSION FUND | C | Distribution | | | Distributed | 08/09/09 | N | | Rollover to 401k plan |
| 39. PROPERTY 2, Itawamba Co, MS | B | Rent | M | W | | | | | |
| 40. FARM, TREMONT, MS | B | Rent | M | W | | | | | |
| 41. LOT IN TUPELO, MS | | None | K | W | | | | | |
| 42. PROPERTY, TREMONT, MS | | None | J | W | | | | | |
| 43. LOT, FULTON, MS | | None | J | W | | | | | |
| 44. FARM, BALDWYN, MS | B | Rent | K | W | | | | | |
| 45. Tmark CD/Jefferson Pilot Life, Trust 3 | C | Int./Div. | N | T | | | | | |
| 46. BANK OF WALKER COUNTY STOCK-SA | A | Dividend | J | T | | | | | |
| 47. TRUSTMARK SAVINGS A/C-DHJ/SA | A | Dividend | J | T | | | | | |
| 48. SHOP/OFFICE BUILDING, Fulton, Itawamba, MS | | None | L | T | | | | | |
| 49. Brokerage Account #2 - SA | | | | | | | | | |
| 50. -Edward Jones Money Market-SA | A | Interest | K | T | | | | | |
| 51. -American Balanced Fund, American Funds-SA | A | Dividend | K | T | Buy | 12/19.09 | K | | |

| 1. Income Gain Codes: | A - $1,000 or less | B - $1,001 - $2,500 | C - $2,501 - $5,000 | D - $5,001 - $15,000 | E - $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F - $50,001 - $100,000 | G - $100,001 - $1,000,000 | H1 - $1,000,001 - $5,000,000 | H2 - More than $5,000,000 | |
| 2. Value Codes | J - $15,000 or less | K - $15,001 - $50,000 | L - $50,001 - $100,000 | M - $100,001 - $250,000 | |
| (See Columns C1 and D3) | N - $250,001 - $500,000 | O - $500,001 - $1,000,000 | P1 - $1,000,001 - $5,000,000 | P2 - $5,000,001 - $25,000,000 | |
| | P3 - $25,000,001 - $50,000,000 | | P4 - More than $50,000,000 | | |
| 3. Value Method Codes | Q - Appraisal | R - Cost (Real Estate Only) | S - Assessment | T - Cash Market | |
| (See Column C2) | U - Book Value | V - Other | W - Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 05 14 2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm dd yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -MS DEV BK SPL OBLG SOUTHHAVEN WTR SWR SYS PROJECT | A | Interest | L | T | | | | | |
| 53. IRA #2 - SA | | | | | | | | | |
| 54. -Capital Income Builders, American Funds-SA | A | Dividend | K | T | Buy (add'l) | 12/04/09 | K | | |
| 55. -Income Fund of America, American Funds-SA | A | Dividend | K | T | | | K | | |
| 56. -Capital World G & I Income Fund, American Funds-SA | A | Dividend | J | T | | | | | |
| 57. -New Perspective Fund, American Funds-SA | A | Dividend | K | T | | | K | | |
| 58. 401K Plan-spouse - RA | | | | | | | | | |
| 59. -Travelers common | A | Dividend | L | T | Buy | 08/09/09 | L | | |
| 60. -Travelers preferred | A | Dividend | K | T | Buy | 08/09/09 | K | | |
| 61. -AF Growth of America R5 | A | Dividend | K | T | Buy | 08/09/09 | K | | |
| 62. -ABF Lg Cap Val Inst | A | Dividend | K | T | Buy | 08/09/09 | K | | |
| 63. -NB Genesis-Inst CL | C | Dividend | L | T | Buy (add'l) | 08/09/09 | L | | |
| 64. -FID Diviersified Intl K | A | Dividend | K | T | Buy | 08/09/09 | K | | |
| 65. -FID Puritan K | C | Dividend | M | T | Buy | 08/09/09 | M | | |
| 66. -Fidelity US BD Index | A | Dividend | L | T | Buy | 08/09/09 | L | | |
| 67. Trustmark CD-MRH-SA Land Account | A | Interest | K | T | Buy | 01/15/09 | K | | |
| 68. Harp Irrevocable Trust Account, Trustmark Bank | A | Interest | J | T | Buy | 1/15/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F -$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J -$15,000 or less | K -$15,001 - $50,000 | L -$50,001 - $100,000 | M -$100,001 - $250,000 | |
| | N -$250,001 - $500,000 | O -$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 - $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q -Appraisal | R =Cost (Real Estate Only) | S =Assessment | T -Cash Market | |
| | U -Book Value | V =Other | W -Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 05 14 2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Assets on lines 22, 23, 24, 25, 26, 29, 43, 44, 45, 46 and 58 of the prior year report are omitted because the owner is no longer a dependent.

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 05 14 2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544